RACHMIL KORNBLITH, Appellant, v. HARRY NUSSDORF and BENZION NUSSDORF, Defendants, Impleaded with LOUIS ROGOW, Respondent.— Order denying motion to strike out defense for insufficiency modified by denominating the defense as a

partial defense, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.